IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH TEMPLIN,**                                                                                          **PLAINTIFF**
**ADC # 601154**

VS.                                         **4:22-CV-00564-BRW-JTK**

**DOES, et al.**                                                                                              **DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 13) submitted by United States Magistrate Judge Jerome T. Kearney.  After considering Mr. Templin's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, this case is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

Plaintiff's motion for order (Doc. No. 14) is DENIED AS MOOT.

This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting the recommendations and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of August, 2022.


                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE