# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOSEPH TEMPLIN,**                                                               **PLAINTIFF**
**ADC # 601154**

**VS.**                           **4:22-CV-00564-BRW-JTK**

**DOES, et al.**                                                       **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of August, 2022.


                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE